IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10931
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOE EARL STRONG,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:94-CR-11-1-A
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Joe Earl Strong (#13096-077) appeals the district court's
order that the sentence imposed upon revocation of supervised
release run consecutively to a sentence that was to be imposed in
No. 4:98-CR-217-Y for criminal conduct that was the basis of the
revocation. Strong has not shown that the district court's order
that his revocation sentence run consecutively was plainly
erroneous. *See United States v. McCullough*, 46 F.3d 400, 401 n.1
(5th Cir. 1995); U.S.S.G. Ch.7, Pt.B, intro. comment.; U.S.S.G.
§ 5G1.3, comment. (n.6). AFFIRMED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.